## 58498. WINDLAND COMPANY v. FEDERAL DEPOSIT INSURANCE CORPORATION.

DEEN, Chief Judge.

The decision of the Court of Appeals in this case having been reversed by the Supreme Court, it is hereby vacated. The decision of the Supreme Court 245 Ga. 194 (264 SE2d 11) (1980) is made the judgment of this court, and the judgment of the trial court in said case is hereby affirmed.

*Judgment affirmed. Shulman and Carley, JJ., concur.*

SUBMITTED SEPTEMBER 6, 1979 — DECIDED APRIL 21, 1980.

*James O. Wilson, Jr., Charles T. Autry,* for appellant.
*Thomas E. Prior,* for appellee.